**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Robert Wollner,

Plaintiff,

v.

Roman Shaposhnikov, *et al.*,

Defendants.

No. CV-26-06209-PHX-JJT

**ORDER**

Before the Court is *pro se* Plaintiff Robert Wollner's Motion to Remand the case back to Yuma County Superior Court (Doc. 7, Motion) and Defendants Guy Parmelin (the President of the Swiss Confederation) and Embassy of Switzerland's (collectively, the Swiss Confederation Defendants) opposition (Doc. 8, Opposition).[1] For the reasons set forth below, the Court dismisses all claims as to the Swiss Confederation Defendants, then remands the case.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without Court Order at any time before the opposing party answers the complaint or files a motion for summary judgment. The Court construes Plaintiff's Motion to Remand as requesting such a dismissal as to Swiss Confederation Defendants, given that, Plaintiff writes, "they are not liable or responsible for the misconduct or improper Internet activities of the [other defendants] in the lawsuit." (Motion at 2.) Plaintiff continues, "the [Swiss Confederation Defendants] are not part of this Superior Court case

[1] Plaintiff did not file a reply before the September 28th deadline.

or liable in anyway [sic] for the activities of the [other defendants], and therefore are not a valid defendant in this case." (Motion at 2.)

Upon such pleadings, the Court construes Plaintiff's Motion to Remand as a notice of voluntary dismissal as to Defendants Parmelin and Embassy of Switzerland under Rule 41(a)(1)(A)(i) and will dismiss the claims against them without prejudice. Considering Plaintiff's allegations, the Court notes that the Swiss Confederation Defendants do not appear to be an indispensable party to the action, and no remaining defendants have appeared in the case to argue otherwise.

**IT IS THEREFORE ORDERED** granting Plaintiff's Motion to Remand (Doc. 7) and dismissing all claims without prejudice under Rule 41(a)(1)(A)(i) as to Defendants Parmelin and Embassy of Switzerland.

**IT IS FURTHER ORDERED** directing the Clerk of Court to remand this case back to Yuma County Superior Court and to close this matter.

Dated this 29th day of September, 2026.

Honorable John J. Tuchi
United States District Judge